IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHEILA GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 11-2683-STA-cgc |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant's Motion to Enforce Settlement be granted (D.E. # 25) filed on September 20, 2012. Objections to the Report and Recommendation were due within fourteen (14) days of the service of the Report, making the objections due on or before October 9, 2012. Neither party has filed any objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Therefore, Defendant's Motion to Enforce Settlement is **GRANTED**.

In light of the parties' settlement, this matter is hereby dismissed.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 12, 2012.